# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re: MOLHIMAWK, INC.    § Case No. 17-30915
                          §
                          §
Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Barry Milgrom, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $930.04   Claims Discharged
                                           Without Payment: N/A

Total Expenses of Administration: $9,069.96

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,069.96 | 9,069.96 | 9,069.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 12,882.36 | 12,499.86 | 930.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 126,253.00 | 16,891.39 | 14,102.16 | 0.00 |
| **TOTAL DISBURSEMENTS** | $126,253.00 | $38,843.71 | $35,671.98 | $10,000.00 |

    4) This case was originally filed under Chapter 7 on September 13, 2017. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2019    By: /s/Barry Milgrom
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rights to Mamogram Gowns | 1229-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Barry Milgrom | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Other - Franchise Tax Board (ADMINISTRATIVE) | 2820-000 | N/A | 829.28 | 829.28 | 829.28 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 3.21 | 3.21 | 3.21 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | N/A | 172.09 | 172.09 | 172.09 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | N/A | 1,830.00 | 1,830.00 | 1,830.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Sandi M. Colabianchi | 3210-000 | N/A | 4,345.00 | 4,345.00 | 4,345.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.88 | 13.88 | 13.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.78 | 15.78 | 15.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.36 | 13.36 | 13.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.30 | 14.30 | 14.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.80 | 13.80 | 13.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.68 | 15.68 | 15.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.76 | 13.76 | 13.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.16 | 15.16 | 15.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.66 | 14.66 | 14.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,069.96 | $9,069.96 | $9,069.96 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | BreakwaterLaw Group | 5800-000 | N/A | 382.50 | 0.00 | 0.00 |
| 4P | Employment Development Department | 5800-000 | N/A | 9,531.84 | 9,531.84 | 709.21 |
| 6P | California Dept. of Tax and Fee Administration | 5800-000 | N/A | 505.93 | 505.93 | 37.64 |
| 7P | Internal Revenue Service | 5800-000 | N/A | 793.15 | 793.15 | 59.01 |
| 8P | FRANCHISE TAX BOARD | 5800-000 | N/A | 1,668.94 | 1,668.94 | 124.18 |
| NOTFILED | State Board of Equalization | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Franchise Tax Board | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $12,882.36 | $12,499.86 | $930.04 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Reed Exhibition Co. | 7100-000 | 4,204.00 | 2,603.89 | 2,603.89 | 0.00 |
| 2 | FedEx Corporate Services, Inc. | 7100-000 | N/A | 4,587.97 | 4,587.97 | 0.00 |
| 3U | BreakwaterLaw Group | 7100-000 | N/A | 2,789.23 | 0.00 | 0.00 |
| 4U | Employment Development Department | 7300-000 | N/A | 32.97 | 32.97 | 0.00 |
| 5 | Breakwater Law Group, LLP | 7100-000 | 1,100.00 | 1,984.23 | 1,984.23 | 0.00 |
| 6U | California Dept. of Tax and Fee Administration | 7100-000 | N/A | 16.78 | 16.78 | 0.00 |
| 7U | Internal Revenue Service | 7100-000 | N/A | 1,100.00 | 1,100.00 | 0.00 |
| 8U | FRANCHISE TAX BOARD | 7100-000 | N/A | 314.00 | 314.00 | 0.00 |
| 4SUB | Employment Development Department | 7300-000 | N/A | 2,414.06 | 2,414.06 | 0.00 |
| 6SUB | California Dept. of Tax and Fee Administration | 7300-000 | N/A | 48.60 | 48.60 | 0.00 |
| 7SUB | Internal Revenue Service | 7300-000 | N/A | 999.66 | 999.66 | 0.00 |
| NOTFILED | Receivables Control Corp | 7100-000 | 2,027.00 | N/A | N/A | 0.00 |
| NOTFILED | Loudmouth Golf | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ITB Designs, LLC | 7100-000 | 670.00 | N/A | N/A | 0.00 |
| NOTFILED | Sal Censoprano, CPA | 7100-000 | 890.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Cart | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Unishippers | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Attn: Sheri Wofford, VP, Loan Admin Mgr | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Attn: Sheri Wofford, VP, Loan Admin Mgr | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Attn: Sheri Wofford, VP, Loan Admin Mgr | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | V.R. Camelot, Inc. | 7100-000 | 27,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Club at Ibis Attn: Bill Brannon | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Intuit/ Quickbooks, Inc. | 7100-000 | 1,562.00 | N/A | N/A | 0.00 |
| NOTFILED | Seed IP Law Group LLP | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Apex Logistics | 7100-000 | 5,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Fundbox | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Empire Credit & Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David P. Farrell, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$126,253.00** | **$16,891.39** | **$14,102.16** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30915  
**Case Name:** MOLHIMAWK, INC.

**Trustee:** (001140) Barry Milgrom  
**Filed (f) or Converted (c):** 09/13/17 (f)  
**§341(a) Meeting Date:** 10/18/17  

**Period Ending:** 02/14/19

**Claims Bar Date:** 05/10/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking Account at Bank of America (no balance) | 0.00 | 0.00 | | 0.00 | FA |
| 2  A/R Over 90 days old. Face amount = $4,419.00. D | 0.00 | 0.00 | | 0.00 | FA |
| 3  Trademark. Valuation Method: Cash value | 0.00 | 0.00 | | 0.00 | FA |
| 4  Website. Valuation Method: Cash value | 0.00 | 0.00 | | 0.00 | FA |
| 5  Rights to Mamogram Gowns  (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 5  Assets  Totals (Excluding unknown values) | **$0.00** | **$10,000.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

02/07/19 Zero balances; waiting for Jan bank reconciliaiton; then TDR

12/18/18 Checks printed, signed and mailed

Order uploaded 12-13-18 12:45 pm    Order ID: 661092

12/13/18 Final Hearing @ 10:00 a.m.

09/17/18 Submitted TFR to UST for approval

09/12/18 Generated Claims Proposed Distribution and emailed it to B for approval before generating the TFR. 9-12 bm approved the Claims Proposed Distribution (and checked against the Annotated Claims Register).

**Initial Projected Date Of Final Report (TFR):**    October 19, 2018            **Current Projected Date Of Final Report (TFR):**    September 17, 2018  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 17-30915 | **Trustee:** | Barry Milgrom (001140) | |
| **Case Name:** | MOLHIMAWK, INC. | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******0966 - Checking Account | |
| **Taxpayer ID #:** | **-***4958 | **Blanket Bond:** | $55,486,801.00  (per case limit) | |
| **Period Ending:** | 02/14/19 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/13/17 | {5} | V.R. Camelot, Inc. | Offer by VR Camelot to purchase estate's right, title and interest in hospital gowns which allegedly do not belong to debtor; offer/sale subject to overbid. | 1229-000 | 10,000.00 | | 10,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.88 | 9,976.12 |
| 01/09/18 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30915, Bond # 016048574 TERM :01/01/18 TO 01/01/19 Voided on 01/11/18 | 2300-000 | | 3.21 | 9,972.91 |
| 01/11/18 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30915, Bond # 016048574 TERM :01/01/18 TO 01/01/19 Voided: check issued on 01/09/18 | 2300-000 | | -3.21 | 9,976.12 |
| 01/11/18 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30915, Bond # 016048574 TERM :01/01/18 TO 01/01/19 | 2300-000 | | 3.21 | 9,972.91 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.78 | 9,957.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.36 | 9,943.77 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.30 | 9,929.47 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 9,915.67 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.68 | 9,899.99 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.76 | 9,886.23 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.16 | 9,871.07 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.66 | 9,856.41 |
| 12/18/18 | 103 | Barry Milgrom | Dividend paid 100.00% on $1,750.00, Trustee Compensation;  Reference: | 2100-000 | | 1,750.00 | 8,106.41 |
| 12/18/18 | 104 | Franchise Tax Board (ADMINISTRATIVE) | Dividend paid 100.00% on $829.28, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | 2820-000 | | 829.28 | 7,277.13 |
| 12/18/18 | 105 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $172.09, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 172.09 | 7,105.04 |
| 12/18/18 | 106 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $1,830.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,830.00 | 5,275.04 |

Subtotals :    $10,000.00    $4,724.96

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-30915 | **Trustee:** Barry Milgrom (001140) |
| **Case Name:** MOLHIMAWK, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0966 - Checking Account |
| **Taxpayer ID #:** **-***4958 | **Blanket Bond:** $55,486,801.00 (per case limit) |
| **Period Ending:** 02/14/19 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/18/18 | 107 | Sandi M. Colabianchi | Dividend paid 100.00% on $4,345.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,345.00 | 930.04 |
| 12/18/18 | 108 | Employment Development Department | Percent of Dividend 7.44% Final dividend in bankruptcy case | 5800-000 | | 709.21 | 220.83 |
| 12/18/18 | 109 | California Dept. of Tax and Fee Administration | Percent of Dividend 7.44% Final dividend in bankruptcy case | 5800-000 | | 37.64 | 183.19 |
| 12/18/18 | 110 | Internal Revenue Service | Percent of Dividend 7.44% Final dividend in bankruptcy case | 5800-000 | | 59.01 | 124.18 |
| 12/18/18 | 111 | FRANCHISE TAX BOARD | Percent of Dividend 7.44% Final dividend in bankruptcy case | 5800-000 | | 124.18 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $10,000.00 | $10,000.00 | |

| | |
|---|---|
| Net Receipts : | 10,000.00 |
| Net Estate : | $10,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0966** | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |